People v Davis (2021 NY Slip Op 50201(U))

[*1]

People v Davis (Charleston)

2021 NY Slip Op 50201(U) [70 Misc 3d 144(A)]

Decided on March 12, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 12, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt J.P., Brigantti, Hagler, JJ.

570635/16

The People of the State of New York,
Respondent, 
against
Charleston Davis, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Kate Paek, J.), rendered August 30, 2016, convicting him, upon a plea of guilty, of
disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Kate Paek, J.), rendered August 30, 2016, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous
issues that could be raised on this appeal.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: March 12, 2021